980 F.2d 724
 In re Paoli Railroad Yard PCB Litigation; Brown (Mabel)
v.
Southeastern Pennsylvania Transportation Authority, National
Railroad Passenger Corporation, Consolidated Rail Corp. v.
U.S., Roy F. Weston, Inc., OH Materials Co., Gen. Elec. Co.,
The Budd Co., Westinghouse Elec. Corp., Monsanto Co.;
Burrell (George Albert, Priscilla Etheridge, Amber Shardai),
Walker (Andre), Albert (Bobby George) v. SEPTA, Nat. R.R.
Passenger Corp., Consolidated Rail Corp. v. U.S., Monsanto Co., Gen.
 NO. 92-1183
 United States Court of Appeals,
Third Circuit.
 Oct 09, 1992
 
 Appeal From: E.D.Pa.,
 Kelly, J.,
 
 790 F.Supp. 94
 
 1
 AFFIRMED.